No. 00A336. JOHNSON *v.* LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. Application for certificate of ap-

pealability, addressed to JUSTICE STEVENS and referred to the Court, denied.